ANN WALSH BRADLEY, J.
¶ 24. (concurring in part, dissenting in part). I agree with the imposition of a public reprimand as reciprocal discipline to that imposed by the Supreme Court of Minnesota. However, for the protection of the public, more is needed.
¶ 25. In addition to the public reprimand, I would grant the motion of the Board of Bar Examiners for the issuance of an order to show cause why the license of Attorney Jordan E. Gall to practice law in Wisconsin should not be suspended for his alleged willful failure to comply with the conditions set forth in the Consent Agreement for Conditional Admission dated August 29, 2011.
¶ 26. I am authorized to state that Justice SHIRLEY S. ABRAHAMSON joins this concurrence/dissent.